



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | CRIMINAL NO: SA-18-CR-354-DAE |
|---|---|
| Plaintiff, | <u>1st SUPERSEDING INDICTMENT</u> |
| v. | ▶ Vio: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)((1)(A), Conspiracy to Possess with Intent to Distribute five hundred grams or more of a detectable quantity of methamphetamine, one kilogram or more of a detectable quantity of heroin and five kilograms or more of cocaine; |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>JOSUE INFANTE (2),<br>DANIEL EFREN GAONA (3),<br>APRIL TORRES (4),<br>LANA ROSE SULLIVAN (5),<br>EDGAR IVAN HERNANDEZ (6),<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▶ Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2, Aiding and Abetting Possession with Intent to Distribute a detectable quantity of Cocaine; |
| Defendants. | ▶ Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A), Possession with Intent to Distribute one kilogram or more of a detectable quantity of Methamphetamine.] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]

That beginning on or about December 2017, and continuing to on or about August 9, 2018, in the Western District of Texas, Defendants,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**JOSUE INFANTE (2),
DANIEL EFREN GAONA (3),
APRIL TORRES (4),
LANA ROSE SULLIVAN (5),
EDGAR IVAN HERNANDEZ (6),**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute controlled

substances, which offense involved five hundred grams or more of a detectable quantity of methamphetamine, a Schedule II Controlled Substance, one kilogram or more of a detectable quantity of heroin a Schedule I Controlled Substance, and five kilograms or more of a detectable quantity of cocaine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) & 18 U.S.C. § 2]

That on or about December 13, 2017, in the Western District of Texas, Defendants,



did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a Mixture or Substance Containing a Detectable Quantity of cocaine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code Section 2.

## COUNT THREE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) & 18 U.S.C. § 2 ]

That on or about January 11, 2018, in the Western District of Texas, Defendants,



did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a Mixture or Substance Containing a Detectable Quantity of cocaine, a Schedule II Controlled Substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code Section 2.

## COUNT FOUR
[21 U.S.C. §§ 841(a)(1) & 841(b)(I)(A)]

That on or about August 9, 2018, in the Western District of Texas, Defendant, ███████████, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved which offense involved 500 grams or more of a Mixture or Substance Containing a Detectable Quantity of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

JOHN F. BASH
United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney

3